
UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IMAD HASSAN,<br><br>                      Plaintiffs,<br><br>v.<br><br>ANNETE BAXTER,<br><br>                      Defendants. | Case No.: 3:25-cv-0869-CAB-AHG<br><br>**ORDER DISMISSING COMPLAINT**<br><br>[Doc. No. 1] |

Plaintiff has filed a nearly blank complaint which does not give any notice of the claims at issue against Defendant. *See* Fed. R. Civ. P. 8.

As it relates to Fed. R. Civ. P. 12(b)(1), "subject-matter jurisdiction, because it involves a court's power to hear a case, can never be forfeited or waived." *United States v. Cotton*, 535 U.S. 625, 630 (2002). This threshold requirement "'spring[s] from the nature and limits of the judicial power of the United States' and is 'inflexible and without exception.'" *Steel Co. v. Citizens for a Better Env't*, 523 U.S. 83, 94–95 (1998) (quoting *Mansfield, C. & L.M. Ry. Co. v. Swan*, 111 U.S. 379, 382 (1884). As such, the Court can dismiss a case on subject matter-jurisdiction grounds sua sponte. *Snell v. Cleveland, Inc.*, 316 F.3d 822, 826 (9th Cir. 2002).

1  The complaint does not satisfy jurisdiction either through a proper federal question
2  or through diversity.  The Court does not have subject matter jurisdiction over this case.
3  The complaint is dismissed. Plaintiff may file an amended complaint by May 2, 2025.

6  Dated:  April 14, 2025

Hon. Cathy Ann Bencivengo
United States District Judge